In re:

**Hongmei Sun**                    Case No. 18-54473
                                   Chapter 13
Debtor.                            Hon. Maria Oxholm
_____/

### AFFIDAVIT OF DEBTOR

NOW COMES the Debtor, Hongmei Sun, first being duly sworn and states:

1. I am the Debtor in the current case.

2. When I filed my previous Chapter 13 case, I had not filed my 2016 and 2017 tax returns.

3. Since my case was dismissed, I have filed both tax returns and will provide a copy to the Trustee as required.

4. I believe and am committed to successfully complete this Chapter 13.

Dated: 10/25/18

_____
Hongmei Sun

_____
PATRICIA HOPE DINNAN
NOTARY PUBLIC - STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES AUGUST 22, 2022
ACTING IN THE COUNTY OF Macomb