UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Hongmei Sun**

    Chapter: **13**
    Judge: Maria L. Oxholm
Debtor.     Case No:**18-54473-mlo**
_____/

## ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

Debtor having filed a Motion to Extend the Automatic Stay beyond 30 days, all interested parties having received Notice, a Certificate of No Response having been filed, a hearing having been held, and the Court being more fully advised;

**IT IS HEREBY ORDERED:**

1    The Automatic Stay, as provided for in 11 U.S.C. Section 362 is hereby extended beyond 30 days from the date of the Order for Relief, and extended indefinitely during this Chapter 13 case until further Order of This Court.

**Signed on November 13, 2018**

2



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**